

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00082-CV

**IN RE COMMITMENT OF** Estevan **RIOJAS**

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-02857
The Honorable Lamar McCorkle, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED November 1, 2017.

_____
Irene Rios, Justice